

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-19-00320-CV

Sylvia J. **GUZMAN**,
Appellant

v.

Eddie **GUAJARDO**,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2019CV02648
Honorable Gloria Saldana, Judge Presiding

PER CURIAM

Sitting:       Patricia O. Alvarez, Justice
                Luz Elena D. Chapa, Justice
                Irene Rios, Justice

Delivered and Filed: October 9, 2019

DISMISSED FOR WANT OF PROSECUTION

In this appeal of an eviction judgment, Appellant's brief was due on August 16, 2019. *See* TEX. R. APP. P. 38.6(a). On August 22, 2019, we notified Appellant that no brief had been filed and advised her to file a brief or a motion for extension of time to file her brief by September 3, 2019. After no brief or motion for extension of time to file the brief was filed, on September 11, 2019, we ordered Appellant to show cause in writing not later than September 23, 2019, why this appeal should not be dismissed for want of prosecution. *See id.* R. 38.8(a). We warned Appellant that if she failed to show cause in writing as ordered, this appeal would be dismissed without further notice.

To date, Appellant has filed no response to our September 11, 2019 order. We dismiss this appeal for want of prosecution. *See id.* R. 38.8(a)(1), 42.3(b).

PER CURIAM